RECEIVED
AUG 28 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 1:18-cr-050 |
| v. | **INDICTMENT** |
| BRANDY LEE KUMPULA, a.k.a., Brandy Love, | T. 21, U.S.C. § 846<br>T. 21, U.S.C. §§ 841(a)(1), 841(b)(1)(A) |
| Defendant. | |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Conspiracy to Distribute a Controlled Substance)

That from an unknown date, but beginning at least as early as June of 2017 and continuing up to and including May of 2018, in the Southern District of Iowa and elsewhere, the defendant, BRANDY LEE KUMPULA, also known as, Brandy Love, did knowingly and intentionally conspire with other persons, known and unknown to the Grand Jury, to knowingly distribute a controlled substance, that is, at least 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846, 841(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

Marc Krickbaum
United States Attorney

By: _____
Richard E. Rothrock,
Assistant United States Attorney

1