## United States District Court for the Southern District of Iowa

Presiding: Honorable
Criminal No.                                                  :   Clerk's Court Minutes – Initial Appearance/Arraignment
_____

United States of America vs.
_____

Gov. Atty(s):                              :   Indictment     Superseding Indictment     Information
Def. Atty(s):                              :   Complaint     Warrant
Court Reporter:                            :   Code Violation/Offense:
Interpreter:                               :
_____

Date:                                      :
Time Start:          Time End:             :
_____

<ins>Initial Appearance</ins>

  Defendant Advised of Rights
Representation:      Appointed FPD      Appointed CJA      Retained Counsel
Next Court Event:    Preliminary        Arraignment        Removal Hearing
        Set for:
_____

<ins>Arraignment</ins>

Trial Scheduled for:                       :     Advised of Charges/Maximum Penalties
Rule 16 Material due:                      :     Indicted in True Name
Reciprocal Discovery due:                  :      True Name:
Pretrial Motions due:                      :     Reading of Indictment Waived
Plea Notification Deadline:                :   Plea of Not Guilty Accepted as to Ct(s):
Plea Entry Deadline:                       :     Denied Forfeiture
_____

<ins>Custody Status</ins>

  Government Moved for Detention         Detention Hearing Set:
Court Ordered Defendant:     Released on Bond     Detained
_____

Minutes:


                                                              _____
                                                              Deputy Clerk