IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-50 |
| Plaintiff, | |
| vs. | MOTION TO WITHDRAW |
| BRANDY LEE KUMPULA, | |
| Defendant. | |

_____

COMES NOW Nathan S. Lab, attorney of record for Defendant, Brandy Lee Kumpula, and moves this Honorable Court for an Order allowing him to withdraw as counsel for Defendant.

WHEREFORE, Nathan S. Lab prays this Honorable Court for an Order allowing him to withdraw as counsel for Defendant.

Dated this 14th day of September 2018.

BRANDY LEE KUMPULA, Defendant,

BY: /s/Nathan S. Lab
Nathan S. Lab, #27457
Jim K. McGough, #20481
McGoughLaw P.C., L.L.O.
11920 Burt Street, Suite 100
PO Box 540186
Omaha, NE 68154
(402) 614-8655
nlab@mcgoughlaw.com

1

## CERTIFICATE OF SERVICE

I certify that on September 14th, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Mr. Richard Rothrock
Assistant United States Attorney
P.O. Box 1887
Council Bluffs, IA 51502
Richard.Rothrock@usdoj.gov

/s/Nathan S. Lab
For the Firm