AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | | |
|---|---|---|
| United States of America<br>v.<br>BRANDY LEE KUMPULA,<br>a.k.a Brandy Love<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:18-cr-050 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  BRANDY LEE KUMPULA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

WARRANT ISSUED

JOHN S. COURTER, Clerk

By: *[signature]*
DEPUTY CLERK

Date: 08/28/2018

*Issuing officer's signature*

City and state: Council Bluffs, Iowa

Celeste F. Bremer, US Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/28/18, and the person was arrested on *(date)* 9/13/18
at *(city and state)* COUNCIL BLUFFS IA.

Date: 9/14/18

For DNE   *[signature]*
*Arresting officer's signature*

COREY A. SHERVEN, DUSM
*Printed name and title*