## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 1:18CR0050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| **BRANDY KUMPULA,** | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Julie A. Frank, attorney at law, and hereby enters her appearance as counsel for Defendant, Brandy Kumpula.

Dated this 18th day of Septeber, 2018.

    Bandy Kumpula,

    s/Julie A. Frank_____
By: Julie A. Frank, ATT0011128
Attorney at Law
209 South 19th Street
Suite 323C
Omaha, NE  68102
(402) 346-2215

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent information of such filing to the following: Richard Rothrock.

                                                    s/Julie A. Frank
                                                    Julie A. Frank, ATT0011128
                                                    Attorney for Defendant
                                                    209 South 19th Street
                                                    Suite 323C
                                                    Omaha, NE 68102
                                                    (402) 346-2215