IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 1:18CR0050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO CONTINUE DETENTION** |
| | ) | **HEARING** |
| **BRANDY KUMPULA,** | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, Brandy Kumpula, by and through her attorney of record, Julie A. Frank, and moves this Court to Continue the detention hearing presently set for September 19, 2018. In support of this Motion, Defendant shows to the Court as follows:

1. The undersigned counsel was appointed on September 17, 2018 due to a conflict of Defendant's prior counsel:

2. An initial appearance was held in this matter on September 14, 2018 at which time a detention hearing was set for September 19, 2018;

3. The undersigned is unavailable on September 19, 2018 and seeks to continue the detention hearing;

4. The undersigned has advised Defendant that the undersigned is unavailable on September 19, 2018 and she understands that the hearing regarding her detention needs to be continued to a later date.

5. The undersigned has conferred with Assistant United States Attorney Richard Rothrock, and the parties are attempting to work out a solution to the detention issue.

6. Mr. Rothrock has no objection to a requested continuance of the detention hearing.

7. Defendant requests that the detention hearing be rescheduled as soon as possible

Dated this 18th day of September, 2018.

Bandy Kumpula,

By: s/Julie A. Frank
Julie A. Frank, ATT0011128
Attorney at Law
209 South 19th Street
Suite 323C
Omaha, NE  68102
(402) 346-2215

CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent information of such filing to the following: Richard Rothrock.

                                                *s/Julie A. Frank*
                                               Julie A. Frank, ATT0011128
                                               Attorney for Defendant
                                               209 South 19th Street
                                               Suite 323C
                                               Omaha, NE  68102
                                               (402) 346-2215