**United States District Court for the Southern District of Iowa**

Presiding: Honorable

Criminal No.                                        :        Clerk's Court Minutes – Plea

---

United States of America                  :        Gov. Atty(s):

     vs.                                       :        Def. Atty(s):

                                      :        Court Reporter:

                                      :        Interpreter:

---

Date:                                                    :        Indictment        Superseding Indictment        Information

Time Start:                                           :        In      Count(s) – Code Violation:

Time End:                                            :

_____

   Defendant sworn

   Defendant advised of potential perjury charges

   Plea Agreement filed

      Defendant understands                                  Defendant plea of guilty to Count(s):

      Defendant agrees                                          Court findings:

   Defendant advised of nature of charges                  Factual basis

   Defendant advised of elements                               Voluntariness

   Defendant satisfied with attorney                          Competency to plea

   Defendant advised of penalties                         Court accepts plea

      Maximum fine/incarceration                      Court rejects plea

      Mandatory minimum fine/incarceration    Offense Conduct Statement due:

      Forfeiture/restitution                                   PSR to be disclosed to counsel:

      Supervised release                                       Objections to PSR due:

        Maximum                                                Applicability of advisory guideline

        Mandatory minimum                              to the Court due:

      Mandatory Special Assessment             Sentencing date:

   No promises made regarding sentence              Custody status:

   Defendant advised of sentencing guidelines           Detention

   Defendant waives rights to jury trial                       Bond

   Defendant advised of right to persist in not guilty plea

---

  Minutes:

_____

Deputy Clerk